USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN RUFFLER,

                Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

1:20-cv-10618-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the joint letter regarding the status of discovery and their request for a referral to a Magistrate Judge for settlement purposes. [ECF No. 18]. Defendant further represents that, should settlement discussions fail, it reserved the right to file a Motion for Summary Judgment. [ECF No. 18].

Therefore, IT IS HEREBY ORDERED that the conference scheduled for January 11, 2022 is ADJOURNED to February 22, 2022 at 11:00 AM.

On or before February 15, 2022, the parties shall submit a joint letter. That letter should include:

a. a brief description of the discovery undertaken and if either party believes any additional discovery needs to be completed;
b. a statement describing the status (but not substance) of any settlement discussions;
c. a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony (*see* Individual Practice Rules ¶4(A)(i));
d. any other issue that the parties would like to address at the conference.

**SO ORDERED.**

**Date: January 5, 2022**
**New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge