```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/25/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN RUFFLER,

                                 Plaintiff,

      -against-

METRO-NORTH COMMUTER RAILROAD,

                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

20-CV-10618 (MKV)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        A settlement conference in this matter is scheduled for **Wednesday, March 30, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.**  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **March 23, 2022 by 5:00 p.m.**

        SO ORDERED.

Dated: January 25, 2022
       New York, New York

                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge