```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN RUFFLER,

                Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

1:20-cv-10618-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 5, 2022, the Court issued an order directing the parties to file a joint letter on or before February 15, 2022, advising the Court of the status (but not substance) of any settlement discussions. [ECF No. 21]. To date, no letter has been filed. The parties are admonished to comply with all future Court orders.

Nonetheless, the parties are scheduled for a settlement conference before Magistrate Judge Parker on May 24, 2022. [ECF No 25]. Moreover, Defendant has already represented that, should settlement discussions fail, it reserves the right to file a Motion for Summary Judgment. [ECF No. 18].

As such, IT IS HEREBY ORDERED that the conference scheduled for February 22, 2022 at 11:00 AM is ADJOURNED to June 7, 2022 at 10:00 AM.

On or before May 31, 2022, the parties shall submit a joint letter. That letter should include:

a. a brief description of the discovery undertaken and if either party believes any additional discovery needs to be completed;
b. a statement describing the status (but not substance) of any settlement discussions;
c. a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony (*see* Individual Practice Rules ¶4(A)(i));
d. any other issue that the parties would like to address at the conference.

**<u>FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.</u>**

**SO ORDERED.**

                                                                                                               */s/ Mary Kay Vyskocil*

**Date: February 16, 2022**                                                            **MARY KAY VYSKOCIL**
        **New York, NY**                                                               **United States District Judge**