```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN RUFFLER,

                Plaintiff,

      -against-

METRO-NORTH COMMUTER RAILROAD,

                Defendant.

1:20-cv-10618-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The post-discovery conference scheduled for June 7, 2022 at 10:00 AM will be held in person in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

**Date: April 29, 2022**
**New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**